IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MATTHEW JONES,

    Plaintiff,

v.

GEORGIA STATE POLICE,

    Defendant.

CIVIL ACTION NO.: 4:23-cv-345

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's December 11, 2023, Report and Recommendation, (doc. 5), to which plaintiff has filed an Objection, (doc. 6). The Magistrate Judge observed that "the Complaint itself betrays that it is the product of a deeply troubled psyche." (Doc. 5, p. 4.) The contents of Jones' Objection only confirm that assessment. (See, e.g., doc. 6, p. 7 ("The requirements for resurrection from death: a willing soul, a 250 year old tree, the plants that only grow around a tree that old, the technique (ability and supplies) to turn it into medicine. Every time that law enforcement has killed me, I have needed another tree to survive and recover.").) The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiffs' Complaint is **DISMISSED** as frivolous. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 3rd day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA